UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ALBEMARLE CORPORATION**  **CIVIL ACTION**

**VERSUS**

**THE UNITED STEEL WORKERS**  NO.: 3:10-cv-00387-BAJ-RLB
on behalf of AOWU LOCAL 103

## RULING AND ORDER

Before the Court is Plaintiff Albemarle Corporation's ("Albemarle") **EX PARTE MOTION FOR APPROVAL OF SUPERSEDEAS BOND (Doc. 50).** Defendant United Steel Workers does not oppose Albemarle's request.

Considering Albemarle's **EX PARTE MOTION FOR APPROVAL OF SUPERSEDEAS BOND (Doc. 50):**

**IT IS ORDERED** that Albemarle's **Motion (Doc. 50)** is **GRANTED.**

**IT IS FURTHER ORDERED** that *within seven (7) days* from the entry of this Order, Albemarle shall be allowed to file with the Clerk of Court a supersedeas bond in the amount of $423,943.00, consisting of judgment in the amount of $353,284.80, "plus 20% of the [judgment] amount to cover interest, costs and any award of damages for delay." M.D.La. LR62.2.

**IT IS FURTHER ORDERED** that *upon receipt* of Albemarle's supersedeas bond, the judgment against Albemarle shall be "stay[ed] pending

appeal in this case." *Hebert v. Exxon Corp.*, 953 F.2d 936, 938 (5th Cir. 1992); Fed. R. Civ. P. 62(d).

Baton Rouge, Louisiana, this 28th day of May, 2014.

*[signature]*

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**